## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICHARD D. BOUTON,** ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 07-4039-JAR** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF** ) | |
| **SOCIAL SECURITY,** ) | |
| **Defendant.** ) | |
| _____ ) | |

### ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be affirmed and the February 12, 2008 Recommendations and Report (Doc. 15) be adopted as the Court's own.

**IT IS SO ORDERED**.

Dated this  4th    day of March, 2008.

                          S/  Julie A. Robinson
                          **Julie A. Robinson**
                          **United States District Judge**